UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG A. GARDNER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | NO: 2:11-CV-3013-RMP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR AN AWARD OF ATTORNEY FEES |

BEFORE THE COURT is Magistrate Judge Dimke's Report and Recommendation to Grant Plaintiff's Motion for an Award of Attorney Fees Pursuant to 42 U.S.C. § 406, ECF No. 30.

The Court has reviewed the Report and Recommendation, the file and record, and is fully informed. Any objection to the Report and Recommendation was due on December 2, 2016. There being no objection filed, the Court finds good cause to adopt the Report and Recommendation as presented.

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR AN AWARD OF ATTORNEY FEES ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Magistrate Judge Dimke's Report and Recommendation at **ECF No. 30**, is hereby **ADOPTED** in its entirety.

2. Plaintiff's Motion for an Award of Attorney Fees pursuant to 42 U.S.C 406(b), **ECF No. 26**, is **GRANTED**.

3. Plaintiff's counsel is awarded attorney fees totaling $10,149.00, less an EAJA offset of $4,155.14 already paid, **for a net award of $5,993.96**.

4. The Social Security Administration is directed to remit $5,993.96 to Ms. Gilbrough at 1904 Third Avenue, Suite 1030, Seattle, WA 98101.

The District Court Clerk is directed to enter this order, provide copies to counsel, and **CLOSE** the file.

**DATED**: December 5, 2016.

                                *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              United States District Judge